STATE OF IOWA, Plaintiff, Respondent, v. LOYAL ORDER OF MOOSE, No. 806, Defendant, Petitioner.

No. 43832.

SEPTEMBER 21, 1937.

Price, Rider & Keefe, for petitioner.

Edward Breen, County Attorney, for respondent.

STIGER, J.—The record and contentions in this case in the lower court are substantially the same as the record in the càse of State of Iowa v. Veterans of Foreign Wars, Post 1856, 223 Iowa 1146, 274 N. W. 918, and the ruling in this case is controlled by the cited case.

It follows that the Writ must be sustained.—Writ sustained.

HAMILTON, C. J., and KINTZINGER, DONEGAN, RICHARDS, and ANDERSON, JJ., concur.